NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEAM SYSTEMS INTERNATIONAL, LLC,**
*Appellant*

**v.**

**SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,**
*Appellee*

---

2023-1556

---

Appeal from the Civilian Board of Contract Appeals in No. 7145, Administrative Judge Erica S. Beardsley, Administrative Judge Jerome M. Drummond, Administrative Judge Patricia J. Sheridan.

---

## JUDGMENT

---

JAMES Y. BOLAND, Venable LLP, Tysons, VA, argued for appellant. Also represented by LINDSAY REED, Washington, DC.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also

represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2024
Date

Jarrett B. Perlow
Clerk of Court